3:23MJ655 (TOF)

| | | |
|---|---|---|
| STATE OF CONNECTICUT | : | **Redacted Version** |
| | : | |
| | : | ss: New Haven, Connecticut |
| | : | |
| COUNTY OF NEW HAVEN | : | July 26, 2023 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Special Agent Megan Rue, being duly sworn, hereby depose and state as follows:

**BACKGROUND OF AFFIANT**

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), having served in this capacity since October 2021. I graduated from the FBI Training Academy in Quantico, Virginia, where I received training in white-collar crime, cybercrime, interviewing and interrogation techniques, evidence collection, intelligence analysis, and legal matters, among other topics. My service as an FBI Special Agent includes work on a squad specializing in domestic terrorism and weapons of mass destruction. I have participated in criminal and terrorism investigations, which has involved supervising confidential informants, participating in the execution of search and arrest warrants; conducting physical surveillance; analyzing records related to terrorism and other offenses; and interviewing and interrogating both witnesses and criminal suspects. I am presently assigned to the FBI New Haven field office, where I serve on the Joint Terrorism Task Force.

2. I submit this affidavit in support of a criminal complaint and arrest warrant charging DENNIS JOHN HERNANDEZ ("HERNANDEZ"),[1] a.k.a. DJ Hernandez, a.k.a. Jonathan Hernandez, an adult male born in 1986, with the following criminal offenses: transmitting interstate communications containing a threat to injure, in violation of 18 U.S.C. § 875(c), and

[1] HERNANDEZ is the brother of Aaron Hernandez, a former NFL player with the New England Patriots, who was convicted of murder and subsequently committed suicide in prison in 2017.

interstate stalking, in violation of 18 U.S.C. § 2261A(2) (collectively, the "TARGET OFFENSES").

3. Based on the information set forth in this affidavit, I believe there is probable cause to believe and I do believe that HERNANDEZ committed the TARGET OFFENSES on or about July 6 to July 7, 2023, and on or about July 18 to July 19, 2023, in the District of Connecticut.

4. The statements contained in this affidavit are based in part on information provided by other members of local, state, and federal law enforcement; my own investigation to include personal observations, documents and other investigative materials which I have reviewed; and my training and experience as a Special Agent with the FBI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested criminal complaint and arrest warrant.

## THE TARGET OFFENSES

5. As noted above, this investigation concerns alleged violations of the following:

a. 18 U.S.C. § 875(c) provides that "[w]hoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be [guilty of a crime]."

b. 18 U.S.C. § 2261A(2) provides that whoever "with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that—(A) places that person in

reasonable fear of the death of or serious bodily injury to a person . . . described in clause (i), (ii), (iii), or (iv) of paragraph (1)(A); or (B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of paragraph (1)(A), shall be [guilty of a crime]." The persons described in clauses (i), (ii), and (iii) paragraph (1)(A) are that person, an immediate family member (as defined in section 115) of that person, or a spouse or intimate partner of that person.

## THE INVESTIGATION AND PROBABLE CAUSE

### Background

6. On or about July 18, 2023, the Bristol Police Department ("BPD") received information from one of HERNANDEZ's relatives ("Individual-1"), whose identity is known to me, that HERNANDEZ had sent concerning text messages to another individual ("Victim-A"), whose identity is known to me. Individual-1 further reported to BPD that HERNANDEZ has been displaying very erratic behavior lately and that he had been diagnosed with certain mental health issues. Individual-1 stated that he/she is concerned that Dennis may try to harm someone. Individual-1 stated that in the past, HERNANDEZ has threatened to kill Victim-A. As described below, further investigation also revealed that on July 19, 2023, HERNANDEZ made additional threatening posts on social media towards Victim-A and two additional individuals ("Victim-B" and Victim-C"), whose identities are known to me, expressing his intention to kill those individuals.

7. Prior to the report on July 18, 2023, HERNANDEZ had been charged on March 23, 2023, in Connecticut Superior Court with breach of peace in the second degree for throwing a brick with a note onto the property of ESPN. In connection with that incident, law enforcement discovered some online posts containing threats directed at ESPN and a sports commentator.

8. During the investigation of the July 18, 2023 report, law enforcement learned of additional communications that HERNDANEZ sent to an individual on or about July 6 and 7, 2023, that expressed a desire to carry out a mass casualty incident at a local Connecticut university.

9. Victim-A, whose identity is known to me, is [redacted]. Victim-A resides outside the state of Connecticut.

10. Victim-B is [redacted]. Victim-B resides outside the state of Connecticut.

11. Victim-C is [redacted]. Victim-C resides outside the state of Connecticut.

12. Victim-D, whose identity is known to me, is a sports commentator.

<u>Incident at ESPN on March 23, 2023</u>

13. Prior to the information that BPD received from Individual-1 on July 18, 2019, BPD had investigated HERNANDEZ for an incident at ESPN's campus in Bristol on March 23, 2023. On or about the afternoon of March 23, 2023, a BPD patrolman met with an anonymous complainant who stated he/she was concerned of HERNANDEZ's wellbeing. The complainant stated that HERNANDEZ made concerning statements about wanting to destroy property at the State Capital and at ESPN, specifically about smashing out windows.

14. The patrolman responded to ESPN that afternoon. As the patrolman was meeting with a member of security team at ESPN, an ESPN staff member reported that a passenger, later identified as HERNANDEZ, had just thrown a bag containing a brick and a note over a fence and onto the property of ESPN's headquarters in Bristol, Connecticut. The note said: "To all media outlets, It's about time you all realeyes the affect media has on all family members. Since you're a world wide leader maybe you could lead how media and messages are delivered brick by brick.

Clean it up! Yours truly, Dennis J. Hernandez".

15. The BPD patrolman then met with an individual, whose identity is known to me, who was the security guard at ESPN working the booth during the incident. The individual stated a vehicle pulled up and the rear window rolled down, which the individual states usually this indicates the vehicle is an Uber. The individual stated he was 90% positive the male sitting in the rear seat appeared to be HERNANDEZ. HERNANDEZ asked to see Victim-D. When HERNANDEZ was told that would not be possible, HERNANDEZ told the driver to just go. The vehicle then started to turn around to leave campus. At that point, HERNANDEZ exited the vehicle and threw the bag onto the campus of ESPN. HERNANDEZ then got back into the vehicle and left.

16. The BPD patrolman later learned that HERNDANDEZ went to Bristol Health Hospital to seek treatment for his behavior. The BPD patrolman arrived at the emergency room and met with HERNANDEZ, who was identified by his United States Passport. HERNANDEZ admitted to a nurse that he was at ESPN.

17. HERNANDEZ was subsequently charged in Connecticut Superior Court with breach of peace in the second degree. That case remains pending.

18. I have received and reviewed copies of HERNANDEZ's Facebook posts that were available around the time of this incident referencing ESPN and Victim-D.[2] The posts stated, in part, "ESPN I already wrote my will with my tires[.] Am I making you nervous without a gun fire? Ashed or buried, my sharks are for you and those you had and married[.] Have pics of every one

[2] Facebook is a social media platform owned and operated by Meta Platforms, Inc. ("Meta"), a copy headquartered in Menlo Park, California. Facebook users can use Facebook Messenger to communicate with other users via text, voice, video. According to Meta's publicly available website, Meta has data centers in various locations in the United States, Asia, and Europe, but it does not have any data servers in the state of Connecticut. *See* https://datacenters.atmeta.com/all-locations.

of you who have open your mouth foul[.]" HERNANDEZ also specifically mentioned Victim-D by name and wrote "You're may be the dead trout[.] You'll feel how a hook catch a snake in mouth[.] Might just drag you and your bitch ass family members down south[.] Stay virtual you still have no clue how many years I've had yours calculated out[.]" HERNANDEZ further wrote, "Now it's time to see the dangle of your feet." HERNANDEZ's post then stated "Fed, come get me" and provided an address for his location, which law enforcement subsequently determined to be a homeless shelter in Hartford, Connecticut.

19. Victim-D was not in Connecticut on March 23 and I do not believe Victim-D was aware of the posts until notified by law enforcement.

Threatening Communications on July 6 and 7, 2023

20. HERNANDEZ was scheduled to appear in court on the breach of peace charge on July 7, 2023. However, he failed to appear.

21. From July 6, 2023 to July 7, 2023, HERNANDAZ communicated via Facebook Messenger with another individual ("Individual-2"), who resides in Connecticut and whose identity is known to me. On July 21, 2023, I spoke with Individual-2, who provided me with copies of the communications, which I have reviewed and are described below.

22. The day before his court hearing, on June 6, 2023 at 12:38pm, HERNENDEZ sent the following message via Facebook Messenger to Individual-2: "UConn's gonna see how accurate I am too with my targets. Especially for all the false promises they have made. Their empire is coming down soon. Go visit soon because that Burton glass is going to be shattered soon with every single thing in it if I don't get what I deserved."

23. Individual-2 responded that evening at approximately 7:46pm with the following: "What happened? I'm not sure what you mean[.]" At 8:45pm, Individual-2 wrote "What is it

you're looking for?"

24. The next morning, on July 7, at approximately 7:07am, HERNANDEZ wrote the following:

> I am homeless
>
> I have never been helped with a job or anything from the program and the jobs I am receiving are bullshit 30 -60k which can't support a family. If I don't have something at least 400k minimum a year then I'm going to take that 40 million and break it into pieces. I've seen coach after coach get hired, people in the industry making money and I never got a chance? I didn't even received an interview or anything. My timer has went off, [First name of Individual-2] I'm not bullshitting either and I don't care if people are there. I'm getting mine, I have nothing to lose now and my actions will set the tone for any and every supporter who is in need to step in and support. Players will have protection in every aspect of life so they have a chance and don't have to experience the struggles we have experienced due to politics and or some other bullshit they have. I've seen nepotism at its finest, and I'm done being homeless and my family struggling because I've been a nice guy. Lives owed and it's time for them to pay.
>
> UConn program is going to pay unless I have a package deal and I get my estate and every single thing I have worked for. The coaches and university officials want to be selfish and selective about shit, well I am too. Very. They are going to get surprised.
>
> Love you, I would recommend remaining away from there because when I go I'm taking down everything
>
> And don't give a fuck who gets caught in the crossfire. I've died for years now and now it's others people turn.
>
> I'm prepared to give my life.
>
> So if I don't get to see you on the outside know I love you always
>
> Not all shootings are bad I'm realizing. Some are necessary for change to happen.

25. On or about July 18 or 19, 2023, a BPD patrolman contacted another individual ("Individual-3"), who resides in Connecticut and whose identity is known to me, about what happened on July 7, 2023. Individual-3 stated that HERNANDEZ had a court date on July 7, 2023, and he/she allowed him to use his/her car to attend court. Individual-3 stated that later in the day,

HERNANDEZ admitted that he did not attend court and instead went to the University of Connecticut ("Uconn") and Providence University (referring to Brown University).

26.  I also spoke with Individual-3 on July 21, 2023, about what happened on July 7, 2023. Individual-3 indicated he/she allowed HERNANDEZ to use his/her car that day and HERNANDEZ had a court hearing that day. When Individual-3 spoke to him later that day, he/she asked if HERNANDEZ went to court. HERNANDEZ replied he had been driving for six hours, and that HERNANDEZ drove to Brown University and UConn because he was making a plan. Individual-3 reported that the last time he/she spoke to HERNANDEZ, he stated words to the effect of "there gonna take me out in a white T-shirt and red shorts. The next time you see me I will be dead or in jail." Victim-A also provided me with screenshots of text messages that HERNANDEZ sent to Individual-3, although the date of the message is not indicated on the message. In those messages, HERNANDEZ stated, among other things, "I'm the meantime I'm rounding up amo[.] This has nothing to do with you so no questions[.]" He later wrote, "Off my medication schedule with marijuana so need to have a few smokes. Still can't believe [redacted] wanted me off this." Based on the context of the message and other messages I have seen, I believe the word I redacted in the preceding sentence is a reference to Victim-C. HERNANDEZ continued, "How can they make such a decision and not know me. I should literally not smoke and kill someone and then bring that case into the mix because I will flame up if I don't because it helps me calm with all the bullshit and bullying they did. So now I'm going to play my version of bullying. It's called life for life." HERNANDEZ later wrote, "I need to let loose and give them what they deserved and that's me shooting a machine gun at all of them and even if I get them keep going until my arm can't keep it up anymore. I want them all. Every coach in the program, everyone."

27. UConn Police Department has since informed BPD that based on license plate reader information, Individual-3's vehicle was on its campus on July 7th. Brown University police informed BPD that they were unable to confirm if Individual-3's vehicle was on its campus that day.

28. In addition, on June 7, 2023, at approximately 1:00pm, a BPD police officer responded to a local Connecticut high school and spoke with a school employee. The employee stated that HERNANDEZ, who was a former close friend, came to the school and was let in by another employee, who also was a former friend of HERNANDEZ. While the second employee was calling the first employee to let him/her know that HERNANDEZ was looking for him/her, HERNANDEZ walked throughout the building for several minutes. The first employee then met HERNANDEZ in his office. The employee reported that HERNANDEZ appeared "disconnected" and either to be under the influence of narcotics or having mental health issues. The employee stated that HERNANDEZ began telling him/her that he was "sick of it," and that "it's about time [the high school] and the [city] compensate him for all he's done." HERNANDEZ continued by stating, "I'm sick of being homeless, this needs to happen soon otherwise it will get dangerous and people may get hurt and it will happen quickly." HERNANDEZ continued stating, "this needs to get done fast." The employee stated he/she has known HERNANDEZ for many years and felt very scared about these comments.

<u>Threatening Communications on July 19, 2023</u>

29. On July 18, 2023, HERNANDEZ and Victim-A communicated via text messaging. The following are portions of that conversation:

| | |
|---|---|
| HERNANDEZ: | Anything violent take as a joke |
| Victim-A: | How is a threat a joke? |

HERNANDEZ: Okay. I'm not doing this. Take it as a threat And if you feel threatened we shouldn't talk anymore. You have that right always

Love you [Victim-A's name]. Have an amazing night.

30. The following additional communication between them occurs on July 19, 2023:

HERNANDEZ: Know I'm either getting a settlement thats my list without negotiating or I'll be going to prison for life soon.

It's one or the other. Keep between us but it's been years in planning and we're ready. Not answering g questions but know.

Victim-A For life?

HERNANDEZ: I've tried to position you but you never listened which is good.

Victim-A It was a rock at a windows

HERNANDEZ: But I was never fucking around about anything I told you.

This shit is real and a world you're not used to.

Victim-A You won't go to prison for life?

I'm not sure I understand

HERNANDEZ: Haha, you still don't understand [Victim-A's name]. We're taking lives if shit isn't paid up. It's been years in planning just taking notes, names and locations. They talked their way into this and it's almost point game.

I know we don't play in my family. If we have to take lives or buildings we will.

So just letting you know so you can be prepared for a media circus one way or another.

But have to prep for a party. Love you all

Victim-A: And who is we?

HERNANDEZ: Lol. Have a great day.

| | |
|---|---|
| | [redacted] |
| | What's In Place is In Place. |
| | No negotiating anymore |
| Victim-A: | No ... look at what your dads violence and Aaron's death did yo you |
| | Did to you |
| HERNANDEZ: | Yeah made me sit back and let people take advantage of me. |
| | Men |
| | [Victim-A's name] it's decided. Lives will be lost or I will be paid. |
| | That's all. I pretty much told them and now it's on the media outlets before their buildings get shot up |
| | I have to do nothing either. |
| | It's all about respect others have for me |
| | No not unless you go running your mouth again. So probably yes |
| | The beauty of it is this can all be completed with me in or out of prison because of the prep time had for years. And I'll take complete ownership of finishing what them loud mouths started. |
| Victim A: | Who too advantage of you, dennis let's just talk about it |
| HERNANDEZ: | End this convo here. Thank |
| | I have to prep for a bday and wedding. Love you always. |
| | Ok |
| Victim-A: | I'm incredibly confused |
| | You're taking about buildings and now a wedding and birthday? |

HERNANDEZ: Yeah. You will be confused without details. Duh lol

Have a great day

Victim-A: I'm worried for you

HERNANDEZ: Okay

31. On or about July 18-19, 2023, HERNANDEZ posted the following on Facebook:

a. "Will I kill? Absolutely. I've warned my enemies so pay upfront."

b. "With [Victim-A], the shit [he/she] did [he/she] deserves to die for and I'm coming for you and your family. I don't do shit like this so you know you done fucked up. I would take [him/her] dead or alive."

c. "So [Victim-C] can I go smoke marijuana now so I don't kill you three or do you all want to keep playing doctor?"

d. "Your life is over."

e. A sexually explicit picture of Victim-A with the message "Actor: [Victim-A]."

f. A sexually explicit picture of Victim-A with a message that includes the name of Victim-A and his/her employer.

g. An image that contains a picture of a porn star that (according to Victim-A) HERNANDEZ believes is Victim-A, a picture of Victim-B, and a picture of Victim-C. All three victims had a target imaged over their faces. The screenshot image shows that the song, "Funeral" by Mac Miller is playing with the story.

32. On July 21, 2023, I spoke with Victim-A. Victim-A indicated he/she does not currently fear HERNANDEZ because he is in prison but if HERNANDEZ were to get out of prison

and is unmedicated, Victim-A would feel threatened and be concerned for Victim-A's safety and the safety of Victim-A's children.

HERNANDEZ's State Arrest

33. On the morning of July 19, 2023, BPD officers arrived at a residence where they believed HERNANDEZ had been staying. A phone call was placed to HERNANDEZ, who stated (not verbatim) that that he was sick of Victim-A ruining his life, that he was ready to make himself heard and get back what was taken from him, and that he had a gun and would shoot any cop that comes near him. HERNANDEZ said he is ready to start killing random people and didn't care anymore. He then hung up the phone.

34. Shortly thereafter, HERNANDEZ emerged from a side door of the house. HERNANDEZ approached officers yelling, "shoot me" and disregarded multiple commands to get on the ground. An officer deployed a taser and struck HERNANDEZ resulting in him falling to the ground, at which point he was taken into custody.

35. HERNANDEZ was taken by ambulance to New Britain General Hospital. At the hospital. During an interview with the Emergency Room Doctor, HERNANDEZ stated that he was going to kill this [person], referring to Victim-A if they (nodding to the police officer) don't shoot me or if the right authorities don't step in and investigate this situation. HERNANDEZ further stated that he was honest with [him/her] and that he was going to kill [him/her], referring to Victim-A.

36. He then stated the following: "ESPN they have something coming, and any media source too. They don't want to fucking take ownership because they can ride the profit chain off of families or you know what? Now I am going to come after them too. Because we have been watching, we have been listening, we have been taking notes, of everybody that has wanted to

profit and/or put their fucking mouth in and get involved in something they don't deserve to . . . I have nothing to fucking lose. I am going to take out everybody I can and have to in order to get what I deserve."

37.     HERNANDEZ later stated, in part, "[He/She] sent me messages the other day about the sports thing and I told [him/her], like you deserve to die, and I am going to come and get you, period. . . .  I'm coming for [his/her] life, I am. I'm okay to die for it..."  During that conversation, HERNANDEZ was referring to Victim-A.

38.     HERNANDEZ was charged in Connecticut Superior Court with threatening in the second degree and breach of peace in the second degree, both misdemeanors.  He is currently detained on a $250,000 bond. His next court appearance is scheduled for August 1, 2023.

39.     He was also charged with failure to appear for missing his July 7, 2023 court hearing in connection with the March 23 incident at ESPN.

## CONCLUSION

40.     Based on the aforementioned factual information, I believe there is probable cause that from on or about July 6 to July 7, 2023, and from July 18 to July 19, 2023, in the District of Connecticut, HERNANDEZ transmitted in interstate commerce one or more communications containing a threat to injure another person, in violation of 18 U.S.C. § 875(c). I further believe there is probable cause that on or about July 18-19, 2023, in the District of Connecticut, HERNDANDEZ, with the intent to kill, injure, harass, and intimidate, another person, used an interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce to engage in a course of conduct that placed that person in reasonable fear of death and serious bodily and caused, attempted to cause, and was reasonably expected to cause substantial emotional distress to

that person.

41. Therefore, I respectfully request that a criminal complaint and arrest warrant be issued to support the arrest of and to charge HERNANDEZ with the TARGET OFFENSES.

MEGAN RUE

Digitally signed by MEGAN RUE
Date: 2023.07.26 16:35:21 -04'00'

Special Agent Megan Rue
Federal Bureau of Investigation

The truth of the foregoing affidavit has been attested to me by Megan Rue over the telephone on this 26th day of July, 2023, at Hartford, Connecticut.

Date: 2023.07.26 17:24:46 -04'00'

HONORABLE THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE