UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:23-MJ-655 (TOF) |
| | : | |
| v. | : | |
| | : | |
| DENNIS JOHN HERNANDEZ | : | July 27, 2023 |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Neeraj N. Patel, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On July 28, 2023, at 2:30 p.m., there will come before the Honorable Thomas O. Farrish, United States Magistrate Judge, at the United States District Court, 450 Main Street, Hartford, Connecticut, the criminal matter of United States v. Dennis John Hernandez, Case No. 3:23-mj-655 (TOF), for an initial appearance.

2. That the above named DENNIS JOHN HERNANDEZ (CT Inmate # 444763) is charged in a criminal complaint with violations of 18 U.S.C. § 875(c) (transmitting interstate communications containing a threat to injure) and 18 U.S.C. § 2261A(2) (interstate stalking).

3. That the said DENNIS JOHN HERNANDEZ is now confined at the Hartford Correctional Center, Hartford, Connecticut, on pending state charges.

4. That the said DENNIS JOHN HERNANDEZ be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offenses, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of

Habeas Corpus Ad Prosequendum to the Connecticut Department of Correction, Warden, Hartford Correctional Center, Hartford, Connecticut, and the United States Marshal for the District of Connecticut, any of his proper deputies or Federal Law Enforcement Officers, ordering them to produce the said DENNIS JOHN HERNANDEZ (CT Inmate # 444763) on July 28, 2023, at 2:30 p.m, at the United States Courthouse, 450 Main Street, Hartford, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*Digitally signed by NEERAJ PATEL*
*Date: 2023.07.27 15:18:06 -04'00'*

_____
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, Connecticut 06510
Tel: (203) 821-3700
Fax: (203) 773-5376
Email: neeraj.patel@usdoj.gov